# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-1017** **September Term, 2026**

**FAA-11/12/2024 Order**

**Filed On: November 12, 2026**

Vertical Aviation International, Inc., et al.,

Petitioners

v.

Federal Aviation Administration,

Respondent

--------------------

**No. 25-1110**

**FAA-02/14/2025 Orders**

Vertical Aviation International, Inc., et al.,

Petitioners

v.

Federal Aviation Administration,

Respondent

--------------------

**No. 25-1142**

**FAA- 05/19/2025 Order**

Vertical Aviation International, Inc., et al.,

Petitioners

v.

Federal Aviation Administration,

Respondent

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-1017** **September Term, 2026**

## ORDER

Upon consideration of petitioners' unopposed motions in No. 25-1017, No. 25-1110, and No. 25-1142 for voluntary dismissal of their petitions for review, it is

**ORDERED** that the motions be granted and the petitions be dismissed.

The Clerk is directed to issue the mandates forthwith to the agency.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Francis A. Walter
Deputy Clerk